Justice Todd did not participate in the decision of this case.

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**George Ivan LOPEZ, Appellant**

**No. 706 CAP**

Supreme Court of Pennsylvania.

SUBMITTED: January 24, 2017

George Ivan Lopez, pro se.

Kelly M. Sekula, Esq., for Appellee.

*ORDER*

PER CURIAM

**AND NOW,** this 26th day of April, 2017, the Order of the Court of Common Pleas is AFFIRMED.